

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Donald Wayne Read, Appellant

No. 06-24-00072-CR     v.

The State of Texas, Appellee

Appeal from the 371st District Court of Tarrant County, Texas (Tr. Ct. No. 1793841). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a finding of "True" for both enhancement allegations. As modified, we affirm the judgment of the trial court.

We note that the appellant, Donald Wayne Read, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 18, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk